**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 119481
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| David Friedman, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Capital Management Services, LP,<br><br>Defendant. | Case No: 3:20-cv-12770-BRM-TJB |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 19, 2021

**BARSHAY SANDERS, PLLC**

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878
Our File No: 119481
*Attorneys for Plaintiff*

"So ordered and all deadlines will be terminated."

Date: 1/20/2021   Brian R. Martinotti, U.S.D.J.